FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2015 APR 13 AM 11: 33

CLERK
SO. DIST. OF GA.

UNITED STATES DISTRICT COURT
for the
Southern District of Georgia
Augusta Division

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| Kiyon J. Adams | ) | Case No: CR113-00040-001 |
| | ) | USM No: 18806-021 |
| Date of Original Judgment: August 14, 2014 | ) | Brendan N. Fleming |
| Date of Previous Amended Judgment: Not Applicable | ) | Defendant's Attorney |

*(Use Date of Last Amended Judgment if Any)*

### Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of ☐ the defendant ☐ the Director of the Bureau of Prisons ☒ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG § 1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☒ DENIED. ☐ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ months **is reduced to** _____.

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided above, all provisions of the judgment dated   August 14, 2014,   shall remain in effect.
**IT IS SO ORDERED.**

Order Date:  4/10/2015

Judge's signature

J. Randal Hall
United States District Judge
*Printed name and title*

Effective Date: November 1, 2015
*(if different from order date)*